# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| GUS VAKAS,<br><br>  Plaintiff,<br><br>v.<br><br>MINNESOTA LIFE INSURANCE COMPANY,<br><br>  Defendant. | Case No. 24-1039-EFM-BGS |
| GUS VAKAS,<br><br>  PLAINTIFF,<br><br>V.<br><br>MINNESOTA LIFE INSURANCE COMPANY,<br><br>  DEFENDANT. | Case No. 24-1040-EFM-BGS |

## CONSOLIDATION ORDER

There are two pending related cases: Gus Vakas v. Minnesota Life Insurance Company, No. 24-1039-EFM-BGS; and Gus Vakas v. Minnesota Life Insurance Company, No. 24-1040-EFM-BGS (collectively, the "Vakas cases"). During the Scheduling Conferences for these cases, the Court discussed with the parties their views on coordination and/or consolidation of these two matters. The parties orally requested that these cases be consolidated for the purposes of discovery.

Pursuant to Fed.R.Civ.P. 42(a), the Court may consolidate cases that involve "a common question of law or fact." The decision to consolidate cases is left to the sound discretion of the trial court. *See Ryan Transp. Servs., Inc. v. Fleet Logistics, LLC*, No. 04-2445-CM, 2005 WL 2293598, at *3 (D. Kan. Sept. 19, 2005) (citing *Shump v. Balka*, 574 F.2d 1341, 1344 (10th Cir. 1978)). In exercising this discretion, the Court should consider, among factors, whether judicial efficiency would be served by consolidation. *C.T. v. Liberal Sch. Dist.*, 562 F. Supp. 2d 1324, 1342 (D. Kan. 2008).

The Vakas cases each involve the same party Plaintiff and Defendant. Further, the cases involve common questions of fact and likely common questions of law. Additionally, the parties jointly and orally requested that the cases be consolidated for purposes of discovery. Because a basis for consolidation exists, and the underlying purpose of the Federal Rules of Civil Procedure will be served, particularly the concept of judicial economy, the Court consolidates the two Vakas cases for purposes of discovery.

IT IS THEREFORE ORDERED that the parties' Motions to Consolidate for purposes of discovery (Case No. 24-1039-EFM-BGS, Doc. 15 and Case No. 24-1040-EFM-BGS, Doc. 20) are **GRANTED**.

IT IS FURTHER ORDERED that Case Nos. 24-1039-EFM-BGS and 24-1040-EFM-BGS are consolidated for purposes of discovery.

IT IS FURTHER ORDERED that the lowest-numbered case, Vakas v. Minnesota Life Insurance Company, 24-1039-EFM-BGS, shall be designated as the lead case. **All future non-dispositive filings shall be filed in the lead case only with the consolidated case caption used on this Order**.

IT IS FURTHER ORDERED that for any dispositive filings or other filings the parties have sought and received leave to file in a specific case, such filings shall be filed in that specific case without a consolidated caption.

IT IS SO ORDERED.

Dated May 13, 2024, at Wichita, Kansas.

/s/ BROOKS G. SEVERSON
Brooks G. Severson
U.S. Magistrate Judge